# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-9096 ODW(AJWx) | Date | February 2, 2011 |
|---|---|---|---|
| Title | Angela Meyer v. RSB Equity Group, LLC | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):   Attorneys Present for Defendant(s):

Not Present   Not Present

**Proceedings (IN CHAMBERS):**   Order to Show Cause re Dismissal for Lack of Prosecution

Plaintiff is ordered to show cause in writing no later than **Wednesday, February 16, 2011** why this action should not be dismissed for lack of prosecution. Default against defendant(s) was entered by the Clerk on February 1, 2011 [11].

The Court will consider the filing of the following as an appropriate response to this OSC, on or before the above date:

### 1. Plaintiff's filing of a noticed motion for entry of default judgment.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and L.R. 7-15, no oral argument of this Order to Show Cause will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due. Failure to respond to the Court's order may result in the dismissal of this action.

: 00

Initials of Preparer   RGN